AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| THI of South Carolina at Magnolia Manor-Inman, LLC, d/b/a Magnolia Manor-Inman,<br>*Plaintiff*<br>v.<br><br>Eddie M. Gilbert, Individually and as Personal Representative of the Estate of Gertrude F. Gilbert,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    7:13-cv-02929-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that this action is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:    March 19, 2015                                          *ROBIN L. BLUME, CLERK OF COURT*



                                                                 s/Ashley Buckingham
                                                         *Signature of Clerk or Deputy Clerk*